```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3031 |
| | ) | |
| V. | ) | |
| | ) | |
| AMY L. MCNALLY, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. The unopposed oral motion of the defendant to continue the plea hearing is granted. The change of plea hearing is continued from June 9, 2008 to July 16, 2008 at 3:30 p.m.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 3rd day of June, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge