```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )           4:08CR3031
                               )
        v.                     )
                               )
AMY L. MCNALLY,                )           ORDER
                               )
                Defendants.    )
                               )
```

IT IS ORDERED:

Defendant's Motion for Permission to Restrict, filing 37, is granted and the clerk is directed to file document number 35 as a restricted access document. The clerk shall also restrict stricken document number 34.

DATED this 27th day of June, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge