```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )    Docket No. 4:08CR3031
      v.                       )
                               )
AMY MCNALLY,                   )
                               )           ORDER
            Defendant.         )
                               )
```

IT IS ORDERED:

Defendant's motion to continue hearing, [filing 35](filing 35), is granted and the change of plea hearing is continued to April 16, 2009 at 1:30 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant shall appear at the hearing.

DATED: July 15, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge