# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3031 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| AMY L. MCNALLY, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel,

IT IS ORDERED that Defendant McNally's sentencing is continued to Tuesday, March 3, 2009, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

February 17, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge